# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Chenise S. Welch ,

    Plaintiff(s),               JUDGMENT IN A CIVIL CASE

vs.                                    3:11-cv-00319-MOC -DCK

Michael J. Astrue ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/6/2012 Order.

Signed: July 6, 2012

Frank G. Johns, Clerk
United States District Court